# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT WINCHESTER

| | |
|---|---|
| CHRISTOPHER MORTON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:22-CV-036-KAC-CHS ) |
| SHANE GEORGE, SAM BRAGGS, and BEDFORD COUNTY JAIL, | ) ) ) ) |
| Defendants. | ) |

## JUDGMENT

For the reasons set forth in the Memorandum Opinion and Order filed herewith:

1. The Court **GRANTED** Plaintiff's motion for leave to proceed *in forma pauperis* [Doc. 7];

2. Plaintiff was **ASSESSED** the civil filing fee of $350.00;

3. The Court **DIRECTED** the custodian of Plaintiff's inmate trust account to submit the filing fee to the Clerk in the manner set forth in the Memorandum Opinion and Order;

4. The Court **DIRECTED** the Clerk to provide a copy of the Memorandum Opinion and Order to the custodian of inmate accounts at the institution where Plaintiff is now confined and the Court's financial deputy;

5. Even liberally construing the Complaint in the light most favorable to Plaintiff, it fails to state any claim upon which relief may be granted under Section 1983. Accordingly, the Court **DISMISSED** this action pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A; and

6. The Court **CERTIFIED** that any appeal from this action would not be taken in good faith and would be totally frivolous and **DENIED** Plaintiff leave to appeal *in forma pauperis* if he should file a notice of appeal.

The Court **DIRECTS** the Clerk to close the file.

**SO ORDERED.**

                                                     s/ Katherine A. Crytzer
                                                   KATHERINE A. CRYTZER
                                                   United States District Judge

ENTERED AS A JUDGMENT
*/s/ LeAnna R. Wilson*
CLERK OF COURT

2

Case 4:22-cv-00036-KAC-CHS   Document 9   Filed 01/17/23   Page 2 of 2   PageID #: 25